*Addison,*
January.
1814.

GALE *vs.* BONYEA.

In a case for uncertain damages, if the sum in damages found by the jury, be with-in the jurisdiction of a justice of the peace, the county court is not thereby ous-ed of jurisdiction.

THIS was an action on the case against the defendant, who was a house joiner, for having done the joiner work of a house, which he had undertaken for the plaintiff, in an unworkman-like manner, *ad damnum,* $200,00.

On a trial in the County Court, the jury found a verdict for the plaintiff, for twenty dollars damages. Whereupon, on motion of the defendants counsel, the Court dismissed the action on the ground, that the demand, ascertained by the jury, appeared to be within the jurisdiction of a justice of the peace.

The plaintiff entered an appeal to this Court, and the cause was submitted on the question of jurisdiction.

The Court, without hearing the plaintiff's counsel, were clearly of opinion that the County Court had jurisdiction of the action. That, in actions for uncertain damages, the finding of the jury can, in no case, oust the County Court of jurisdiction.